August Gugelmann, SBN 240544
august@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Sierra Dugan, SBN 281272
info@sierraduganlaw.com
Sierra Dugan Law
420 3rd Street, Suite 250
Oakland, California 94607
Telephone: (415) 710-2484

Attorneys for HEATHER MORGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>HEATHER MORGAN,<br>Defendant. | Case No. CR 26-0427 AMO<br>**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING REMOTE APPEARANCE** |

Defendant Heather Morgan and the United States hereby stipulate and agree that Ms. Morgan may appear remotely at the status conference scheduled for October 5, 2026, as she resides outside the district and as the parties agree that a personal appearance is not necessary given the anticipated nature of the proceedings.

IT IS SO STIPULATED.

Dated: September 25, 2026

/s/
August Gugelmann
SWANSON & McNAMARA LLP
Attorney for Heather Morgan

/s/
Ivana Djak
David J. Ward
Assistant United States Attorneys

## ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, it is so ordered. Defendant Heather Morgan may appear remotely at the status conference on October 5, 2026.

IT IS SO ORDERED.

Dated: September 28, 2026

Hon. Martínez-Olguín
United States District Court